◼ NATHAN FRIEDMAN, Appellant, v QUEENS-LONG ISLAND MEDICAL GROUP, P. C., et al., Defendants, and HEALTH INSURANCE PLAN OF GREATER NEW YORK, Respondent. [641 NYS2d 574] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (LeVine, J.), dated January 3, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice LeVine at the Supreme Court. Rosenblatt, J. P., O'Brien, Ritter and Goldstein, JJ., concur.